

# Missouri Court of Appeals
## Southern District

**JANUARY 13, 2016**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.  SD33930   In the Interest of A.J.P., M.J.P., G.L.P., and K.M.P.
              K.R.P., Appellant vs. Jasper County Juvenile Office